Rebecca C. Padilla, SBN.: 248605
**POTTER, COHEN & SAMULON**
3852 East Colorado Boulevard
Pasadena, California 91107
Tel. (626) 795-0681
Fax: (626) 79509725
E-mail: rpadilla@pottercohenlaw.com

Attorney for Plaintiff, RICKIE CROON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RICKIE CROON<br><br>　　　　Plaintiff,<br>MICHAEL ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant. | Case No.:  CV 08-8528 (FFM)<br><br>**ORDER FOR AWARD OF EAJA FEES** |

　　　Defendant is ordered to pay to Plaintiff's counsel of record, as Plaintiff's assignee, the total amount of FOUR THOUSAND TWO HUNDRED NINETY SEVEN DOLLARS ($4,297.00) representing payment of all Plaintiff's claims for attorney's fees and costs in connection with this action pursuant to the Equal Access to Justice Act, in accordance with 28 U.S.C. § 2412(d).

DATED: _December 13, 2010

　　　　　　　　　　　　　　/S/ Frederick F. Mumm
　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1